UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAUNA MOORE, | No. C-12-05708 SBA (DMR) |
| Plaintiff, | **ORDER RE PROPOSED PROTECTIVE ORDER** |
| v. | |
| COMCAST SPORTSNET.SPORTS ARENA MANAGEMENT AND MAINTENANCE COMPANY, | |
| Defendant. | |

Before the court is the parties' stipulated proposed Protective Order. [Docket No. 50.] The parties are ordered to revise the proposed Protective Order to comply with the procedures in this court's Standing Order re Discovery, including modifying Section 6 to track the procedures in the Standing Order, by no later than **September 13, 2013**.

IT IS SO ORDERED.

Dated: September 5, 2013

IT IS SO ORDERED

DONNA M. RYU
United States Magistrate Judge