UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAUNA MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>COMCAST SPORTSNET.SPORTS ARENA MANAGEMENT AND MAINTENANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. C-12-05708 SBA (DMR)<br><br>**ORDER RE PROPOSED PROTECTIVE ORDER** |

Before the court is the parties' stipulated proposed Protective Order. [Docket No. 50.] The parties are ordered to revise the proposed Protective Order to comply with the procedures in this court's Standing Order re Discovery, including modifying Section 6 to track the procedures in the Standing Order, by no later than **September 13, 2013**.

IT IS SO ORDERED.

Dated: September 5, 2013

IT IS SO ORDERED

Donna M. Ryu

DONNA M. RYU
United States Magistrate Judge